**Electronically Filed
Supreme Court
SCWC-16-0000712
28-AUG-2019
02:31 PM**

SCWC-16-0000712

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GRACE CHEN,
Respondent/Plaintiff-Appellee,

vs.

JONATHAN WILLIAM MAH, D.D.S.;
JONATHAN MAH, DDS, INC., a Hawaii corporation,
Petitioners/Defendants-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000712; CIV. NO. 12-1-2495-10)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on June 27, 2019 by Petitioners/Defendants-Appellants Jonathan William Mah, D.D.S. and Jonathan Mah, DDS, Inc., a Hawaii corporation, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, August 28, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

